TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California  90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-0142
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURES OF $143,750.00 IN U.S. CURRENCY AND $180,100.00 IN U.S. CURRENCY | CR MISC. NO. 21-00163<br><br>STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE |

On or about January 26, 2021, the Federal Bureau of Investigation ("FBI") seized $143,750.00 in U.S. currency from residence in Yorba Linda, CA and $180,100.00 in U.S. currency from a safe deposit box at Bank of America (collectively, the "seized assets") on the ground that the seized assets constitute or are traceable to one or more violations of Title 18 of the United States Code.  If the seized assets constitute or are traceable to these violations, they are subject to forfeiture to the United States.

Anahit Karapetian (the "claimant"), through her counsel, denies that the seized assets were involved in said crimes, and has timely filed administrative claims with the FBI, contesting the forfeiture of the seized assets.

The FBI has referred this matter to the U.S. Attorney's Office for the Central District of California for civil judicial forfeiture consideration.  Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for filing a civil forfeiture complaint against the seized assets is July 19, 2021, but the statute provides for an extension of that date by court order upon agreement of the parties.

By this stipulation, the parties seek to continue the deadline for filing a civil forfeiture complaint against the seized assets because there is an ongoing related criminal investigation.  The parties stipulate and agree that good cause exists to extend the civil forfeiture complaint filing deadline in this matter pursuant to 18 U.S.C. § 981(g)(1) and/or (g)(2) because the conduct of claimant and others as it relates to the criminal investigation, and discovery in a forfeiture proceeding may (1) burden the right of claimant against self-incrimination in the related criminal investigation, and (2) adversely affect the government's ability to investigate and prosecute the criminal case by exposing its witnesses to civil discovery before any criminal trial.

//
//

IT IS THEREFORE STIPULATED by and between the United States and counsel for claimant, that the government's time to file a civil forfeiture complaint in connection with the seized assets be extended to October 18, 2021.

SO STIPULATED.

| | |
|---|---|
| Dated: June 16, 2021 | TRACY L. WILKISON<br>Acting United States Attorney<br>SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br><br>  */s/ Katharine Schonbachler*<br>KATHARINE SCHONBACHLER<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: June 16, 2021 | KAPLAN, KENEGOS AND KADIN<br><br>  */s/ per email authorization*<br>JOSEPH BENINCASA, ESQ.<br><br>Attorney for Claimant<br>ANAHIT KARAPETIAN |

**PROOF OF SERVICE BY E-MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 16, 2021**, I served a copy of: **STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   Joseph Benincasa, Esq; jobenincasa@gmail.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 16, 2021** at Los Angeles, California.


HELEN WU